UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIME PROPERTY AND
CASUALTY INSURANCE INC.,

     Plaintiff,

v.                                                    Case No.:  2:25-cv-415-SPC-NPM

ADRIAN FLORES and BRANDON
ZAVALA,

     Defendants.

                                  /

## OPINION AND ORDER

Before the Court is Plaintiff Prime Property and Casualty Insurance Company's Motion for Default Final Judgment (Doc. 31) and United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 35). Judge Mizell recommends granting Plaintiff's motion.  No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's Report and Recommendation.  28 U.S.C. § 636(b)(1)(C).  In the absence of specific objections, there is no requirement that a district judge review the Report and Recommendation de novo.  *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  Instead, when

parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the Report and Recommendation in full.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 35) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

2. Plaintiff's Motion for Default Final Judgement (Doc. 31) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a declaratory judgment in favor of Plaintiff and against Defendants Adrian Flores and Brandon Zavala as outlined below.

4. Declaratory judgment is entered that makes the following declaratory finding:

Pursuant to the provisions of Policy No. PC24020204 (Doc. 22-2), Plaintiff has no duty to defend or indemnify Oakes Farms, Inc.; Fruit Dynamics, LLC; Oakes Farms Transportation; or Adrian Flores for any claims arising out of the lawsuit styled *Brandon Zavala v. Oakes Farms, Inc. and Adrian Ray Flores*, Case No. 2025-CA-002244 (Fla. 20th Jud. Cir. in and for Lee Cnty.) or the subject accident giving rise to such lawsuit.

**DONE** and **ORDERED** in Fort Myers, Florida on February 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3